# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4671
_____

OCTAVIUS HUTCHINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kathleen F. Dekker, Judge.

January 25, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terry P. Roberts of the Law Office of Terry P. Roberts, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.